UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | Case No. 1:06-cr-11 |
| vs. | ) | |
| | ) | JUDGE COLLIER |
| CALVIN HAVNER | ) | |

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on November 15, 2012, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for Warrant for Offender Under Supervision (Petition) of Supervising U.S. Probation Officer Janet Landers and the Warrant for Arrest issued by U.S. District Judge Curtis L. Collier. Those present for the hearing included:

(1) AUSA Steve Neff for the USA.
(2) Defendant CALVIN HAVNER.
(3) Attorney McCracken Poston for defendant.
(4) Deputy Clerk Kelli Jones.

After being sworn in due form of law the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

It was determined the defendant had been provided with a copy of the Petition and the Warrant for Arrest and had the opportunity of reviewing those documents with his attorney. It was also determined the defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

Defendant through counsel moved for a psychiatric evaluation, and to reschedule the preliminary hearing and detention hearing on the Petition.

The Court RESCHEDULED the preliminary hearing and detention hearing for **Thursday, February 7, 2013, at 10:00 am**.

ENTER.

S/*William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE